# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

DANIELLE L. BROWN,

          Plaintiff,

vs.

GEICO CASUALITY COMPANY,

          Defendant.

2:17-cv-01880-JCM-VCF

**ORDER**

Before the Court is the Stipulation and Order to Continue Discovery Deadline Dates (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order to Continue Discovery Deadline Dates (ECF No. 22) is GRANTED in part and DENIED in part. Discovery cut-off will not be extended. The deadlines to file dispositive motions and joint pretrial order are vacated.

Pretrial deadlines will be reset after Judge Mahan rules on the pending objection (ECF No. 19) as follows:

        (1) If Judge Mahan allows the deposition of Christopher Wilband to go forward, the deadline to file dispositive motions will be 30 days after the completion of Christopher Wilband's deposition. The Joint Pretrial Order will be due 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

(2) If Judge Mahan does not permit the taking of Christopher Wilband's deposition, disposition motions will be due 30 days after the entry of Judge Mahan's order. The Joint Pretrial Order will be due 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 18th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE