# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DANIELLE L. BROWN,

              Plaintiff,

vs.

GEICO CASUALTY COMPANY,

              Defendant.

2:17-cv-01880-JCM-VCF

**ORDER**

Before the Court is *Danielle L. Brown v. Geico Casualty Company*, case number 2:17-cv-01880-JCM-VCF.

In light of the Order regarding the Stipulation and Order to Continue Discovery Deadlines (ECF No. 23) and Judge Mahan's ruling regarding the deposition of Christopher Wilband (ECF No. 24),

IT IS HEREBY ORDERED that the parties must file a joint status report on or before October 4, 2018. If the deposition of Christopher Wilband is taken before September 27, 2018, the joint status report is due 1 week after Wilband's deposition.

DATED this 23rd day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE