1  WADE M. HANSARD, ESQ.
   Nevada Bar No. 8104
2  *whansard@mbswc.com*
   JONATHAN W. CARLSON, ESQ.
3  Nevada Bar No. 10536
   *jcarlson@mbswc.com*
4  RENEE M. MAXFIELD, ESQ.
   Nevada Bar No. 12814
5  *rmaxfield@mbswc.com*
   McCORMICK, BARSTOW, SHEPPARD,
6  WAYTE & CARRUTH LLP
   8337 West Sunset Road, Suite 350
7  Las Vegas, NV 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101
   Attorneys for Defendant
9

10                    UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12

13  DANIELLE L. BROWN,                    CASE NO.        2:17-cv-1880

14              Plaintiff,                **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL DEADLINES RELATED THERETO (FIRST REQUEST)**

15       v.

16  GEICO CASUALTY COMPANY; DOES I through X; and ROE CORPORATIONS I
17  through X, inclusive,

18              Defendants.

19

20       Plaintiff DANIELLE L. BROWN and Defendant GEICO CASUALTY COMPANY, by and

21  through their respective counsel of record, hereby stipulate to continue the trial that is presently on this

22  Honorable Court's calendar for the July 13, 2020, trial stack for the following reason:

23       In light of the Coronavirus pandemic, the parties have agreed to continue the trial date to

24  ensure that both sides may have their party and/or representative present at the trial.

25       Defendant's counsel contacted the courtroom administrator to advise of the situation and were

26  provided with alternate trial dates. The first mutually available dates for the parties is the trial stack

27  beginning ~~February 8, 2021, February 15, 2021, February 22, 2021, March 1, 2021~~, March 8, 2021,

28  ~~June 7, 2021, June 14, 2021 and June 21, 2021~~, with a calendar call date of 3/3/21 at ___. This would at 9:00 AM / 1:30 PM

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

6851330.1

move the deadline to file motions in limine from June 12, 2020 to  12/14/2020  . No other dates are impacted.

This request is made in good faith and arises solely out of extenuating circumstances caused by the evolving nature of the novel Coronavirus pandemic.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 28th day of May, 2020

        MOSS BERG INJURY LAWYERS

By   */s/ Boyd B. Moss III*
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
Attorneys for Plaintiff

DATED this 28th day of May, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By   */s/ Wade M. Hansard*
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
Attorneys for Defendant

GOOD CAUSE APPEARING from the stipulation of the parties, IT IS SO ORDERED.

DATED June 1, 2020.

By  _____
UNITED STATES DISTRICT COURT JUDGE